**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES BERTRAM JORDAN, IV,    )<br>                                                          )<br>              Plaintiff,                     )<br>                                                          )<br>       v.                                             )         Civil Action No. 22-3843 (UNA)<br>                                                          )<br>FEDERAL BUREAU OF                  )<br>INVESTIGATION,                            )<br>                                                          )<br>              Defendant.                  ) | |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff, a resident of Laurel, Maryland, has sued the Federal Bureau of Investigation. In the one-page Complaint filed on December 30, 2022, Plaintiff alleges only that the FBI "has been harassing" him "through terrorism chemical weapons since 2013 roughly." On January 5, 2023, Plaintiff filed 69 pages of unenlightening exhibits, ECF No. 3.

Federal courts "are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Therefore, this action will be dismissed by separate order.

_____/s/_____
CHRISTOPHER R. COOPER
United States District Judge

Date: January 23, 2023